IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY | : | CIVIL ACTION |
| v. | : | |
| | : | |
| THERMOPLASTIC PROCESSES A TPI | : | |
| PARTNERS CORP., et al. | : | NO. 19-5326 |

ORDER

AND NOW, this 9th day of December, 2019, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Ultra Clean, Inc. to transfer venue to the United States District Court for the Middle District of Pennsylvania is DENIED; and

(2) the motion for partial dismissal of the complaint to the extent that it contains claims of negligence per se is GRANTED in part and DENIED in part. The court strikes paragraph 44(n) of the complaint but otherwise denies the motion to dismiss.

BY THE COURT:


/s/ Harvey Bartle III
                                              J.